UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAHENDRA ADHIKARI,

        Plaintiff,

-against-

UNITED STATES OF AMERICA,

        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/23/2020

19 Civ. 10995 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On December 2, 2019, the Court ordered the parties to submit a joint letter and proposed case management plan by January 22, 2020. ECF No. 3. That submission is now overdue. Accordingly, it is hereby ORDERED that the parties shall submit their joint letter and proposed case management plan by **12:00 p.m.** on **January 27, 2020**.

    SO ORDERED.

Dated: January 23, 2020
       New York, New York

                                  ANALISA TORRES
                                United States District Judge