

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/24/2020

JOHN G. PAPADOPOULOS, ESQ.
jgp@friedmansimon.com

January 24, 2020

Via ECF
District Judge Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> Re: Mahendra Adhikari v. United States of America
> Date of Accident: 12/31/17
> Docket No.: 1:19-cv-10995-AT

Dear Honorable Judge Torres:

This office represents Plaintiff in the above matter. We submit this joint letter to request an adjournment of the initial conference currently scheduled for January 29, 2020, as well as to request an adjournment of the current January 27, 2020 deadline to file a proposed case management plan.

Defense counsel is yet to appear or answer in this matter – the deadline to answer is February 11, 2020. I was able to speak with Brandon Cowart, Assistant United States Attorney. He has advised that he will be appearing for Defendant in this matter, and joins in the request for an adjournment.

The parties jointly request a date in late February that is acceptable to the Court, so that the Answer can be filed, and initial discovery can be exchanged prior to submitting a proposed case management plan.

Thank you for your time and attention to this matter. Do not hesitate to contact our offices should the Court have any questions.

Respectfully submitted,

John G. Papadopoulos

GRANTED. The initial pretrial conference scheduled for January 29, 2020 is ADJOURNED to **March 4, 2020**, at **12:20 p.m.** By **February 26, 2020**, the parties shall submit their joint letter and proposed case management plan.

SO ORDERED.

Dated: January 24, 2020
New York, New York

ANALISA TORRES
United States District Judge