

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/3/2020

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

86 Chambers Street, Third Floor
New York, New York 10007

March 3, 2020

**By ECF**
The Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *Adhikari v. United States of America*, 19 CV 10995 (AT)

Dear Judge Torres:

    This Office represents the United States, defendant in the above-referenced Federal Tort Claims Act ("FTCA") case. On consent, I write concerning the upcoming initial conference. Earlier today the Court issued an order rescheduling the conference from March 4 to March 6, 2020, at 11:00 a.m. Dkt. No. 17. Unfortunately, I will be out of the office that day attending to a personal matter and, accordingly, respectfully request that the conference be rescheduled. After conferring, the parties respectfully inform the Court that they are available to attend an initial conference on March 16th, 18th or 25th. This is the first request by either party to reschedule the initial conference.

    We thank the Court for its attention to this matter.

    Respectfully,

    GEOFFREY S. BERMAN
    United States Attorney
    Southern District of New York

By:    /s/ Brandon Cowart
    BRANDON COWART
    Assistant United States Attorney
    Tel.: (212) 637-2693
    Fax: (212) 637-2686
    E-mail: brandon.cowart@usdoj.gov

GRANTED. The initial pretrial conference scheduled for March 6, 2020 is ADJOURNED to **March 18, 2020**, at **11:20 a.m.** By **March 11, 2020**, the parties may submit a revised proposed case management plan.

SO ORDERED.

Dated: March 3, 2020
       New York, New York

ANALISA TORRES
United States District Judge