

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, Third Floor*
*New York, New York 10007*

February 11, 2021

**By ECF**
The Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

     Re:   *Adhikari v. United States of America*, 19 CV 10995 (AT)

Dear Judge Torres:

     This Office represents the United States, defendant in this car accident case involving a Postal Service truck and Plaintiff's car brought pursuant to the Federal Tort Claims Act. Plaintiff, a former taxi cab driver, seeks damages of over $5 million for, *inter alia*, physical and psychological injuries, and past and future loss of income.

     I write respectfully to request a 45-day extension of the fact discovery deadline from February 12 to March 29, 2021, with a corresponding adjustment of the remaining schedule. The request is being made because the undersigned developed complications from a surgery in December which significantly limited my ability to perform work on this and other cases. On December 22, 2020, the Court granted a request to extend discovery due to my medical issues. However, the amount of time needed to recover from this surgery was longer than expected. The additional time will enable me to complete the resulting backlog of work on this and other cases. In addition, as to this case, some responses to our subpoenas require that we provide a modified medical release authorization or address the subpoena to a different entity. Currently, the parties are scheduled for a second settlement mediation conference on February 22. The Government has produced its expert report before the end of fact discovery to aid in the mediation process. The parties have been granted several modifications of the discovery schedule to account for disruptions caused by the coronavirus and my health issues. The last extension was granted on December 22, 2020. Plaintiff consents to this request.

I thank the Court for its consideration of this request.

> Respectfully,
>
> AUDREY STRAUSS
> United States Attorney for the
> Southern District of New York
>
> By:  /s/ Brandon Cowart
> BRANDON COWART
> Assistant United States Attorney
> Tel.: (212) 637-2693
> Fax: (212) 637-2686
> E-mail: brandon.cowart@usdoj.gov

cc:   John G. Papadopoulos (by ECF)
       *Plaintiff's Counsel*