UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAHENDRA ADHIKARI,

               Plaintiff,

       -against-

UNITED STATES OF AMERICA,

              Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/14/2021

19 Civ. 10995 (AT)

**ORDER**

ANALISA TORRES, District Judge:

     It is hereby ORDERED that this case is referred for mediation to the Court-annexed Mediation Program. Local Rule 83.9 shall govern the mediation. The parties are directed to participate in the mediation in good faith. The mediation will have no effect on scheduling orders issued by this Court.

     SO ORDERED.

Dated: April 14, 2021
      New York, New York

                                 ANALISA TORRES
                       United States District Judge