UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MAHENDRA ADHIKARI,

                              Plaintiff,                **ORDER**

        -against-                                        19-CV-10995 (JW)

UNITED STATES OF AMERICA,

                              Defendant.
------------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

      On June 3, 2022, the Parties consented to have a magistrate judge conduct all proceedings in this matter. Dkt. No. 40. Previously, Judge Torres had issued a pre-trial schedule for this case. Dkt. No. 36. This Court will adopt the schedule set out in Judge Torres's order. The Parties are therefore expected to submit their blackout dates for trial by **June 1, 2022**, and adhere to the other deadlines set for **August 1, 2022**.

      SO ORDERED.

DATED:    New York, New York
                 June 7, 2022

                                                                  */s/ Jennifer E. Willis*
                                                                  JENNIFER E. WILLIS
                                                                  United States Magistrate Judge