UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MAHENDRA ADHIKARI,

                        Plaintiff,                        **ORDER**

                                                                   **19-CV-10995 (JW)**

          -against-

UNITED STATES OF AMERICA,

                        Defendant.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      Per Judge Torres's Order of April 14, 2021, the Parties were instructed to submit blackout dates for trial by July 1, 2022. Dkt. No. 36. This schedule was adopted by this Court on June 7, 2022. Dkt. No. 41. The Parties have missed this deadline. As such, the Parties are instructed to submit their trial blackout dates by **July 18, 2022**; or, provide the Court with a status update letter.

      SO ORDERED.

DATED:    New York, New York
                July 13, 2022

                                                    */s/ Jennifer E. Willis*
                                                    JENNIFER E. WILLIS
                                                     United States Magistrate Judge