

JOHN G. PAPADOPOULOS, ESQ.
jgp@friedmansimon.com

September 28, 2022

Via ECF
Honorable Judge Jennifer E. Willis
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Mahendra Adhikari v. United States of America*, No. 19 CV 10995 (JEW)

Dear Honorable Judge Willis:

This Office represents Plaintiff in the above-referenced negligence action brought pursuant to the Federal Tort Claims Act. The case is before Your Honor for all purposes. On behalf of all parties, I write to advise that a settlement has been reached in principle between Plaintiff and Defendant, pending final authorization as well as consent from the Workers' Compensation carrier.

As such, the parties request that the trial scheduled for October 31, 2022 be adjourned without a date, pending final authorizations and execution of closing documents.

We thank the Court for its consideration of this matter and the joint request of the parties.

Respectfully submitted,

John G. Papadopoulos

cc:   Brandon Cow

> The request for an adjournment of trial is GRANTED. The Parties are directed to submit a letter updating the court on the status of settlement on or by 10/31/2022.
>
> SO ORDERED.
>
> *Jennifer E. Willis*
> Jennifer E. Willis
> United States Magistrate Judge
>
> September 29, 2022

390 North Broadway• Suite 210 • Jericho • NY 11753
Tel: (516) 800-8000 • Fax: (516) 932-0455 • www.FriedmanSimon.com